**Opinion issued July 29, 2014**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-13-00513-CR

—————————————

## CLINTON ANTHONY SUTTON, JR., Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Case No. 68,646**

---

## MEMORANDUM OPINION ON PERMANENT ABATEMENT

The State has filed a motion to permanently abate this appeal. *See* TEX. R. APP. P. 7.1(a)(2). The State attached to its motion a Certified Abstract of Vital Records, which indicates that appellant Clinton Anthony Sutton, Jr. died on May 5,

2014 in Palestine, Anderson County, Texas. The death of an appellant during the pendency of an appeal deprives this court of jurisdiction. *See Beard v. State*, 108 S.W.3d 304, 304 (Tex. Crim. App. 2003). The motion to permanently abate the appeal is **granted**. *See* TEX. R. APP. P. 7.1(a)(2).

Therefore, we order the appeal in trial court cause number 68,646 permanently abated.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).